IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COMMUNITY HEALTH SYSTEMS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Consol. C.A. No. 1:19-cv-01506-GBW |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Court's Oral Order (D.I. 31), and Rules 23.1 and 41 of the Federal Rules of Civil Procedure, plaintiffs Faisal Hussain, Susheel Tanjavoor, and Kevin Aronson ("Plaintiffs"), defendants Wayne T. Smith, Tim L. Hingtgen, Julia B. North, James S. Ely III, John A. Clerico, H. James Williams, John A. Fry, William Norris Jennings, W. Larry Cash, Michael Dinkins, K. Ranga Krishnan, Kevin J. Hammons, and Thomas J. Aaron ("Individual Defendants"), and nominal defendant Community Health Systems, Inc. ("CHSI," and, with Individual Defendants, "Defendants") hereby submit this stipulation and proposed order requesting voluntary dismissal of the above-captioned action with prejudice.

WHEREAS, on November 13, 2023, the parties executed a global Stipulation and Agreement of Settlement (the "Settlement"). The Settlement was presented for approval before the Honorable Eli J. Richardson of the U.S. District Court for the Middle District of Tennessee in the related derivative action captioned *Ayers v. Smith et al.*, C.A. No. 3:19-cv-00733;

WHEREAS, on January 29, 2024, Judge Richardson held a final approval hearing, at which stockholders were afforded the opportunity to be heard regarding the Settlement, thereby fulfilling the notice requirements to CHSI stockholders;

WHEREAS, no CHSI stockholders objected to the Settlement; and

WHEREAS, on January 29, 2024, following a hearing on final approval, Judge Richardson entered the Judgment Approving Derivative Action Settlement, and Entry of Judgment. *See* C.A. No. 3:19-cv-00733 (M.D. Tenn.) (ECF Nos. 48-49), attached hereto as Exhibits A and B.

NOW, THEREFORE, the parties, through their undersigned counsel, hereby request the Court enter this stipulation as an order, dismissing this case, and all claims and causes of actions asserted by Plaintiffs derivatively on behalf of CHSI, with prejudice, with all parties to bear their own expenses, costs, and fees except as otherwise provided for in the Settlement, and Judgment.

IT IS SO STIPULATED.

| */s/ P. Bradford deLeeuw* | */s/ Nora M. Crawford* |
|---|---|
| P. Bradford deLeeuw (Del. Bar No. 3569)<br>DELEEUW LAW LLC<br>1301 Walnut Green Road<br>Wilmington, DE 19807<br>Telephone: (302) 274-2180<br>Facsimile: (302) 351-6905<br>E-mail: brad@deleeuwlaw.com | Nora M. Crawford (Del. Bar No. 6399)<br>WILSON SONSINI GOODRICH<br>& ROSATI, P.C.<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>(302) 304-7600<br>E-mail: ncrawford@wsgr.com |
| *Liaison Counsel for Plaintiffs* | *Counsel for Defendants* |

ROBBINS LLP
Brian J. Robbins
Stephen J. Oddo
Eric M Carrino
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
      soddo@robbinsllp.com
      ecarrino@robbinsllp.com

*Lead Counsel for Plaintiffs*

DATED: February 5, 2024


SO ORDERED this _____ day of _____, 2024.


                                  HONORABLE GREGORY B. WILLIAMS
                                        DISTRICT COURT JUDGE

1655550